**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KATRINA M. CROMARTIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No.  05-CV-487-TCK (SAJ) |
| | ) | |
| **FEDERAL EXPRESS CORPORATION** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL

Comes now the Plaintiff, Katrina M. Cromartie, by and through her attorney of record, David R. Blades of the law firm of Armstrong & Lowe, P.C., pursuant to Fed. R. Civ. P. 41 and hereby dismisses this case with prejudice.  Each party is to bear their own costs and attorneys fees.


   s/Katrina M. Cromartie
Katrina M. Cromartie
(Copy of client signature on file at Armstrong & Lowe, P.C.)



**ATTORNEYS FOR PLAINTIFF:**

   s/David R. Blades
David R. Blades, OBA #15187
**ARMSTRONG & LOWE, P.C.**
1401 South Cheyenne
Tulsa, Oklahoma   74119
(918) 582-2500  Telephone
(918) 583-1755  Fax
email: dblades@armstronglowe.com

**ATTORNEYS FOR DEFENDANT:**

   s/Kathy LaughterLaizure
*(Signed with permission of attorney Kathy Laughter Laizure)*
Kathy Laughter Laizure, TN Bar #15526
Attorney in Charge
Senior Attorney - Litigation
**FEDERAL EXPRESS CORPORATION**
3620 Hacks Cross Road
3rd Floor, Building B
Memphis, Tennessee 38125




   s/Robyn M. Funk
*(Signed with permission of attorney Robyn M. Funk)*
Kimberly Lambert Love, OBA #10879
Robyn M. Funk, OBA #19810
**TITUS HILLIS REYNOLDS LOVE
  DICKMAN & MCCALMON**
First Place Tower
15 East Fifth Street, Suite 2750
Tulsa, Oklahoma 74103